**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Brian Keith Nesbitt, Appellant.

Appellate Case No. 2023-001831

―――――――――

Appeal From Greenville County
Kristi F. Curtis, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2025-UP-052
Submitted January 30, 2025 – Filed February 12, 2025

―――――――――

**APPEAL DISMISSED**

―――――――――

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Brian Keith Nesbitt, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.